# Court of Appeals
# of the State of Georgia

ATLANTA,   December 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0365.  WELLS FARGO BANK N. A. v. BRADFORD PROPERTIES, INC.**

Bradford Properties, Inc., which jointly owned property with Wells Fargo Bank N. A., filed a petition for quiet title and equitable partition pursuant to OCGA § § 44-6-140 and 23-3-40 and sought the appointment of a special master pursuant to OCGA § 13-3-43.  The special master concluded that Bradford owned a fifty percent interest in the property and Wells Fargo held legal title to the remaining fifty percent.  He recommended that the trial court order the sale of the property, and the property was sold to Bradford.  The trial court entered a decree of title and confirmation of sale, wherein it confirmed the sale and ordered that fee simple title to the land vest in Bradford.  Wells Fargo Bank filed a notice of appeal from that order. Bradford subsequently filed a motion to dismiss the notice of appeal, which the trial court granted.  Wells Fargo filed a notice of appeal to this Court from the dismissal of its notice of appeal.  However, we lack jurisdiction.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court.  See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  See also *Durden v.*

*Griffin*, 270 Ga. 293 (509 SE2d 54) (1998) (affirming trial court's dismissal of notices of appeal in action seeking title to land). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 12/23/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*